

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00352-CV

## IN THE INTEREST OF R.A., A CHILD

**From the 85th District Court
Brazos County, Texas
Trial Court No. 13-000921-CV-85**

## ORDER

LaThomas Grays appeals the decision of the trial court appointing him as possessory conservator of his child, R.A., and appointing Monica Lopez as managing conservator of the child. In his docketing statement, Grays indicates that this appeal should be referred to mediation even though success was limited at earlier attempts.

By letter dated December 15, 2014, the Court requested a response, within 21 days, from the Texas Department of Family & Protective Services, Monica Lopez, M.A.—the mother of the child the subject of this appeal, and the attorney ad litem of the child the subject of this appeal on whether any of them agreed to refer the appeal to

mediation and whether any agreed to the appointment of Linda McLain or Joan Hazelwood as mediator.

More than 21 days have passed and only the Department has responded, objecting to the referral of this appeal to mediation.

Accordingly, the Department's objection is sustained without prejudice to the parties resolving their disputes by mutual agreement. The parties are ordered to continue with briefing the merits of this appeal. Grays's brief is currently due January 26, 2015.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Objection sustained; briefing continued
Order issued and filed January 22, 2015

